# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:21−cv−01720−RGA

| | |
|---|---|
| Century Indemnity Company v. Van Arsdale<br>Assigned to: Judge Richard G. Andrews<br>Case in other court:  USBK/DE, 20−10343<br>                   California Southern, 3:21−cv−02011<br>Cause: 28:1331 Enforcement of Administrative Subpoena | Date Filed: 12/06/2021<br>Date Terminated: 01/26/2022<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**Plaintiff**

**Century Indemnity Company**


V.

**Defendant**

**Andrew Van Arsdale**


| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2021 | 1 | MOTION TO COMPEL against Andrew Van Arsdale ( Filing fee $ 402 receipt number ACASDC−16362213.), filed by Century Indemnity Company. (Attachments: # 1 Civil Cover Sheet, # 2 Memo of Points and Authorities, # 3 Declaration of Salvatore J. Cocchiaro and Exhibits 1–6, # 4 Exhibits 7–15, # 5 Exhibits 16–32, # 6 Exhibits 33–42, # 7 Declaration of Stamatios Stamuolis)<br><br>The new case number is 3:21−cv−2011−L−MDD. Judge M. James Lorenz and Magistrate Judge Mitchell D. Dembin are assigned to the case.(axc) (rmc). [Transferred from California Southern on 12/7/2021.] (Entered: 12/01/2021) |
| 11/30/2021 | 1 | MOTION to Compel by Century Indemnity Company. (no document attached) (axc) (rmc). [Transferred from California Southern on 12/7/2021.] (Entered: 12/01/2021) |
| 11/30/2021 | 2 | Corporate Disclosure Statement by Century Indemnity Company identifying Corporate Parent Chubb Limited, Other Affiliate INA Corporation, Other Affiliate Chubb Group Holdings Inc., Other Affiliate Brandywine Holdings Corporation, Other Affiliate INA Financial Corporation, Other Affiliate Chubb INA Holdings, Inc. for Century Indemnity Company. (axc) (rmc). [Transferred from California Southern on 12/7/2021.] (Entered: 12/01/2021) |
| 11/30/2021 | 3 | MOTION to Transfer Enforcement Of Its Subpoenas by Century Indemnity Company. (axc) (Additional attachment(s) added on 12/1/2021: # 1 Memo of Points and Authorities) (axc).(rmc). [Transferred from California Southern on 12/7/2021.] (Entered: 12/01/2021) |
| 11/30/2021 | 4 | EMERGENCY MOTION For Entry Of An Order Shortening The Notice And Objection Period by Century Indemnity Company. (axc) (rmc). [Transferred from California Southern on 12/7/2021.] (Entered: 12/01/2021) |
| 12/01/2021 | 5 | Order Re: Motion to Transfer: On or before **December 6, 2021**, Andrew Van Arsdale is **ORDERED** to file either a statement of intent to oppose or not oppose the pending motion to transfer. 3 Century Indemnity Company is **ORDERED** to serve this minute order on Andrew Van Arsdale on or before **December 2, 2021. IT IS SO ORDERED** by Magistrate Judge Mitchell D. Dembin on 12/01/2021.(no document attached) (jb1) Modified on 12/1/2021 to correct deadlines; NEF regenerated (dls). [Transferred from California Southern on 12/7/2021.] (Entered: 12/01/2021) |
| 12/06/2021 | 6 | NON Opposition re 3 MOTION for Order *to Transfer Enforcement of Subpoenas* filed by Andrew Van Arsdale. (Starita, Paul) (jpp). [Transferred from California Southern on 12/7/2021.] (Entered: 12/06/2021) |

| 12/06/2021 | 7 | Case transferred to District of Delaware, J. Caleb Boggs Federal Building. Files transferred electronically to: *District of J. Caleb Boggs Federal Building*.*844 North King Street, 4th Floor**Wilmington, DE 19801–3519*. Signed by Magistrate Judge Mitchell D. Dembin on 12/06/2021. (Attachments: # 1 Transfer Order) (jpp) [Transferred from California Southern on 12/7/2021.] (Entered: 12/06/2021) |
|---|---|---|
| 12/06/2021 | 8 | Record of case transferred in from District of California Southern; Case Number in Other District: 3:21–cv–02011. Copy of Docket Sheet and original file (Entered: 12/07/2021) |
| 12/07/2021 | 9 | Local Counsel Letter sent. Notice of Compliance deadline set for 1/6/2022. (smg) (Entered: 12/07/2021) |
| 12/08/2021 |   | Case Assigned to Judge Richard G. Andrews. Please include the initials of the Judge (RGA) after the case number on all documents filed. (rjb) (Entered: 12/08/2021) |
| 01/11/2022 | 10 | ORDER TO SHOW CAUSE: Show Cause Response due by 1/25/2022 (see Order for further details). Signed by Judge Richard G. Andrews on 1/11/2022. (nms) (Entered: 01/11/2022) |
| 01/26/2022 | 11 | ORDER: The case is REFERRED to the Bankruptcy Court for the District of Delaware for further proceedings, and the Clerk of Court shall close Civil Action 21–1720–RGA (***Civil Case Terminated). Signed by Judge Richard G. Andrews on 1/26/2022. (nms) (Entered: 01/26/2022) |