TANCRED SCHIAVONI
   (*pro hac vice application to be filed*)
STEPHEN H. WARREN (S.B. #136895)
KAREN RINEHART (S.B. 185996)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: tschiavoni@omm.com
      swarren@omm.com
      krinehart@omm.com

*Counsel for Century Indemnity Company,
as successor to CCI Insurance Company,
as successor to Insurance Company of
North America*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Century Indemnity Company,<br><br>    Plaintiff,<br><br>v.<br><br>Andrew Van Arsdale,<br><br>    Defendant. | Case No. '21CV2011 L   MDD<br><br>**DISCOVERY MATTER**<br><br>**CENTURY'S MOTION TO COMPEL ANDREW VAN ARSDALE TO COMPLY WITH CENTURY'S SUBPOENAS TO TESTIFY AT A DEPOSITION AND PRODUCE RESPONSIVE DOCUMENTS** |

    1.    Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), respectfully submits this Motion to Compel Andrew Van Arsdale to comply with Century's subpoena to testify at a deposition and subpoena to produce documents (the "Subpoenas"), both issued by Century on October 4, 2021.

    2.    The Subpoenas relate to the chapter 11 proceedings, No. 1:20-bk-10343, pending in the Bankruptcy Court for the United States District Court for the District of Delaware (the "Delaware Court") (the "Underlying Action"). Movant is a party in the Underlying Action. This Court has jurisdiction over this matter pursuant to Federal Rule of Civil Procedure 45(c) as the Subpoena required compliance in this District.

CENTURY'S MOTION TO COMPEL

3. As stated in the Unopposed Motion to Transfer filed concurrently with this Motion, counsel for Mr. Van Arsdale does not oppose a transfer of this dispute to the Delaware Court.[1] Should this Court choose not to, however, Century submits that the Motion to Compel should be granted for the reasons stated in the accompanying Memorandum of Law.

Dated: November 30, 2021

Respectfully Submitted,
By: */s/ Karen Rinehart*

TANCRED SCHIAVONI
   (*pro hac vice application to be filed*)
STEPHEN H. WARREN (S.B. #136895)
KAREN RINEHART (S.B. #185996)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: tschiavoni@omm.com
swarren@omm.com
krinehart@omm.com

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*

---

[1] *See* Stamoulis Decl., Ex. A (Nov. 18, 2021 email from counsel to Mr. Van Arsdale to counsel to Century confirming no opposition to Century moving to transfer).

# LOCAL CIVIL RULE CERTIFICATIONS

Pursuant to Local Civil Rule 26.1, counsel for Century certifies that it met and conferred via telephonic with counsel for Mr. Van Arsdale on October 20, 2021 and again on November 18, 2021 regarding the issues that are the subject of this Motion. Century's meet and confers were led by attorney Stamatios Stamoulis, local Delaware counsel to Century, whose signature was on the Subpoenas issued with respect to the Underlying Action. No resolution was reached, thus requiring the intervention of this Court as needed.

Further, pursuant to Local Civil Rule 5.3, the above and foregoing Motion was served upon counsel for Andrew Van Arsdale, by email and via first-class mail to:

Paul Starita
The Gomez Firm
655 W Broadway, Suite 1700
San Diego, CA 92101
pstarita@thegomezfirm.com

Dated: November 30, 2021

Respectfully Submitted,

By: /s/ Tancred Schiavoni

TANCRED SCHIAVONI
  (*pro hac vice application to be filed*)
STEPHEN H. WARREN (S.B. #136895) KAREN RINEHART (S.B. #185996) O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: tschiavoni@omm.com
        swarren@omm.com
        krinehart@omm.com

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*